[No. 5032–1. Division One. November 7, 1977.]

THE STATE OF WASHINGTON, *Respondent,* v. KATHLEEN M. McRAE, *Appellant.*

Appeal from a judgment of the Superior Court for King County, No. 77174, Robert M. Elston, J., entered September 23, 1976. *Affirmed* by unpublished per curiam opinion.

[No. 5107–1. Division One. November 7, 1977.]

THE STATE OF WASHINGTON, *Respondent,* v. DONALD HARLAN McINROY, JR., *Appellant.*

Appeal from a judgment of the Superior Court for King County, No. 77537, W. R. Cole, J., entered September 20, 1976. *Affirmed* by unpublished opinion per Swanson, J., concurred in by Williams and Andersen, JJ.

[No. 5371–44198–1. Division One. November 7, 1977.]

THE STATE OF WASHINGTON, *Respondent,* v. JAMES ERNEST THOMPSON, *Appellant.*

Appeal from a judgment of the Superior Court for King County, No. 73706, Norman B. Ackley, J., entered March 10, 1976. *Affirmed* by unpublished opinion per Swanson, J., concurred in by Williams and Andersen, JJ.